**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01577-CV

### WAYNE A. RAND, Appellant

### V.

### DOROTHY DENNISE RAND, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-1306590**

## ORDER

Before the Court is appellee's September 18, 2015 motion to dismiss for want of prosecution. Appellee notes appellant was granted several extensions of time to file his brief. Appellee further notes appellant sent a letter to the Court on September 9, 2015 indicating that his brief would be filed one business day behind the letter, however, the brief was not filed. In a "Motion to Object to and Recind [sic] Appellee Motion", appellant explains he became aware the Court did not receive his brief when he received appellee's motion. He did not keep a copy of the brief, and he has to rewrite the brief. Appellant asks for additional time to file his brief, and an order for appellant and appellee to resolve their problems. Appellant further asks that sanctions be ordered against appellee's attorney. We **GRANT** appellant's motion to the extent

that he is allowed additional time to file his brief and **ORDER** appellant to file his brief no later than November 9, 2015.  No further extensions will be granted.  We **DENY** appellee's motion.


        /s/      ELIZABETH LANG-MIERS
                    JUSTICE